STATE OF NORTH CAROLINA v. ROBERT JOHNSON WASHINGTON

No. 7112SC342

(Filed 26 May 1971)

1. Criminal Law § 161— appeal as exception to judgment
   An appeal is an exception to the judgment and presents the face of the record proper for review.

2. Robbery § 6— common law robbery conviction — plea of guilty
   Conviction of common law robbery will not be disturbed where defendant understandingly and voluntarily entered a plea of guilty to a valid indictment, the judgment is proper in form and the sentence is within the statutory limit.

APPEAL by defendant Robert Johnson Washington from *Bailey, Judge,* 4 January 1971 Criminal Session of Superior Court held in CUMBERLAND County.

*Attorney General Robert Morgan and Staff Attorney L. Philip Covington for the State.*

*Public Defender Sol G. Cherry for defendant appellant.*

HEDRICK, Judge.

[1] The record reveals that the defendant, an indigent, repre-sented by the Public Defender, understandingly and voluntarily entered a plea of guilty to a bill of indictment, proper in form, charging him with the common law robbery of Cicero M. Kelly

on 18 July 1970. An appeal is an exception to the judgment and presents the face of the record proper for review. *State v. Gwyn,* 7 N.C. App. 397, 172 S.E. 2d 105 (1970).

[2] Therefore, we have carefully examined the record and find that the defendant understandingly and voluntarily pleaded guilty to a valid bill of indictment which will support the judgment entered. The judgment is in proper. form, and the sentence imposed is within the limits prescribed by the applicable statute, G.S. 14-2.

We find and hold that the defendant had a fair trial free from prejudicial error.

No error.

Judges BROCK and MORRIS concur.